UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| GENET McCANN,<br><br>                Plaintiff,<br><br>vs.<br><br>The Supreme Court of the State of Montana; Chief Justice Mike McGrath in his official capacity as Chief Justice of the Montana Supreme Court;<br><br>The COMMISSION OF PRACTICE of the Supreme Court of the State of Montana; Ward Taleff, in his official capacity as Chairman of the Commission on Practice; Tracey Axelberg, in his official capacity as Vice Chairman of the Commission on Practice;<br><br>OFFICE OF THE STATE DISCIPLINARY COUNSEL, Michael Cotter Chief Disciplinary Counsel, in his official capacity,<br><br>                Defendants/Respondents. | Case No. CV-18-42-H-SEH<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**    **Decision by Court.** This action came before the Court for bench trial,

hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED This case is DISMISSED for lack of jurisdiction.

Dated this 11th day of June, 2018.

TYLER P. GILMAN, CLERK

By: /s/ H. Gauthier
H. Gauthier, Deputy Clerk